UNITED STATES DISTRICT COURT

EASTERN _____ **District of** _____ CALIFORNIA _____

|  |  |
|---|---|
| PAUL GONZALEZ,<br>Plaintiff<br><br>V. | **ORDER ON APPLICATION**<br>**TO PROCEED WITHOUT**<br>**PREPAYMENT OF FEES** |
| COMMISSIONER of SOCIAL SECURITY,<br>Defendant | CASE        1:11-AT-00534 |

Having considered the application to proceed without prepayment of fees under 28 USC §1915;

IT IS ORDERED that the application is:

X  GRANTED.

    X  The clerk is directed to file the complaint.

    X  IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

☐  DENIED, for the following reasons:

_____

_____

ENTER this ____30th____ day of _____August_____, ___2011___.


_____/s/ Sandra M. Snyder_____
Signature of Judicial Officer

SANDRA M. SNYDER, U.S. MAGISTRATE JUDGE
Name and Title of Judicial Officer