Sengthiene Bosavanh, Esq. #249801
Milam Law
948 11th Street, Suite 17
Modesto, California 95354
(209) 576-0817
   Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Paul Gonzalez,<br>         Plaintiff,<br><br>   v.<br><br>Commissioner of Social Security<br>         Defendant. | CASE NO.1:11-cv-01460-LJO-GSA<br><br>STIPULATION AND ORDER<br>FOR EXTENSION OF TIME TO SUBMIT<br>PLAINTIFF'S CONFIDENTIAL BRIEF |

   IT IS HEREBY STIPULATED by and between the parties that Plaintiff be granted a first-time 30-day extension of time to submit a confidential brief. The extension is requested due to Plaintiff's attorney's workload demands and the number and complexity of the issues in this case. The current due date for Plaintiff's Confidential Brief is February 16, 2012. The new due date will be March 19, 2012.  The due dates in the scheduling order shall be extended accordingly.

Dated: February 16, 2012          /s/ Sengthiene Bosavanh
                                  SENGTHIENE BOSAVANH, ESQ.
                                  Attorney for Plaintiff

Dated: February 16, 2012          BENJAMIN B. WAGNER
                                  United States Attorney


                                  By: /s/Tova D. Wolking
                                  (as authorized via e-mail)
                                  TOVA D. WOLKING
                                  Special Assistant United States Attorney

**ORDER**

   The stipulation of the parties is adopted.  Plaintiff's confidential letter brief is now due March 19, 2012.  The Commissioner's reply to Plaintiff's confidential letter brief is due

1  no later than April 23, 2012.  In the event that the parties stipulate to a remand, the
2  stipulation shall be filed with the Court within fifteen (15) days after the Commissioner
3  serves its response on Plaintiff.  In the event that the Commissioner does not agree to a
4  remand, Plaintiff's opening brief is due within 30 days of the service of the Commissioner's
5  response to Plaintiff's confidential letter brief.  The Commissioner's responsive brief is due
6  within 30 days after service of Plaintiff's opening brief.  Any reply to the Commissioner's
7  opposition shall be filed within fifteen days after the filing of the Commissioner's
8  opposition.
9     IT IS SO ORDERED.
10    Dated:   **February 21, 2012**                              **/s/ Gary S. Austin**
                                                                  UNITED STATES MAGISTRATE JUDGE

2