# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL GONZALEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL ASTRUE, Commissioner of<br>Social Security,<br><br>　　　　Defendant. | 1:11-cv-01460 LJO GSA<br><br>**ORDER TO SHOW CAUSE** |

On August 30, 2011, Plaintiff filed the present action in this Court. Plaintiff seeks review of the Commissioner's denial of his application for benefits. (Doc. 1.) On August 31, 2011, the Court issued a Scheduling Order. (Doc. 7.) More specifically, the Scheduling Order states that within 120 days after service, Defendant shall file and serve a copy of the administrative record which shall be deemed an answer to the complaint. The Order also provides that within 30 days after service of the administrative record, Plaintiff shall serve on Defendant a letter brief outlining why remand is warranted which Defendant shall respond to within 35 days. Thereafter, if Defendant does not stipulate to remand, within 30 days of Defendant's response, Plaintiff must file and serve an opening brief.

1

1    On January 17, 2012, Defendant lodged the administrative record. (Doc. 14.) On
2 February 21, 2012, pursuant to a stipulation of the parties, this Court ordered a modification of
3 the scheduling order which changed the dates the letter brief and the reply were due. (Doc. 16).
4 Pursuant to the Stipulation and Order, Plaintiff was required to file a letter brief no later than
5 March 19, 2012, and Defendant was required to file a reply no later than April 23, 2012. Thus,
6 even with this modification, if the parties did not agree to a remand, Plaintiff was required to file
7 his opening brief on or before May 23, 2012. To date, Plaintiff has failed to do so.

8    Therefore, Plaintiff is ORDERED TO SHOW CAUSE why the action should not be
9 dismissed for failure to comply with the Court's August 31, 2011 and February 21, 2012 Orders.
10 Plaintiff SHALL FILE a written response to this Order to Show Cause WITHIN ten (10) days of
11 the date of this Order.   If Plaintiff desires more time to file the opening brief, Plaintiff should so
12 state in his response.

13    Failure to respond to this Order to Show Cause within the time specified will result in
14 dismissal of this action.

19    IT IS SO ORDERED.
20    Dated:   **May 30, 2012**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE